IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01448-BNB

DAVID O. POWELL,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTRUFF, Former Associate Warden, Buena Vista Correctional Facility,
JASON LENGERICH, Major, Buena Vista Correctional Facility,
J. DETERMAN, Captain, Maintenance Supervisor, Buena Vista Correctional Facility,
A. ORTEGA, Captain and Maintenance Supervisor, Buena Vista Correctional Facility,
D. CONNORS, Major and Plant Manager, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Buena Vista Correctional Facility,
G. SMETHERS, Health and Safety Manager, Buena Vista Correctional Facility,
THOMAS C. FISHER, M.D., Buena Vista Correctional Facility,
JOAN SHOEMAKER, Director, Clinical Services, Colorado Department of Corrections,
PAULA FRANTZ, Chief Medical Officer, Colorado Department of Corrections,
R. KATZENMEYER, Former Health Services Admin., Buena Vista Correctional Facility,
B. KASPAR, Registered Nurse, Buena Vista Correctional Facility,
K. BARONI, Registered Nurse, Buena Vista Correctional Facility,
K. BASSETT, Registered Nurse, Buena Vista Correctional Facility,
C. STURGEON, Registered Nurse, Buena Vista Correctional Facility,
R. MIRICH, Medical Provider, Buena Vista Correctional Facility,
S. HAMILTON, Medical Provider, Buena Vista Correctional Facility,
V. FERGUSON, Medical Provider, Buena Vista Correctional Facility,
M. KALMEYER, Medical Provider, Buena Vista Correctional Facility, and
each of their supervisors, designees, and all unnamed individuals that directly participated in the wrongs claimed in this action, or failed to remedy the wrong upon learning of it, and each of their Officers, Agents and Successors,

    Defendants.

---

ORDER DRAWING CASE

---

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 2 2010

GREGORY C. LANGHAM
CLERK

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01448-BNB

David O. Powell
Prisoner No. 123837
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/2/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk