IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01448-PAB-BNB

DAVID O. POWELL,

Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTRUFF, Former Associate Warden, Buena Vista Correctional Facility,
JASON LENGERICH, Major, Buena Vista Correctional Facility,
J. DETERMAN, Captain, Maintenance Supervisor, Buena Vista Correctional Facility,
A. ORTEGA, Captain, Maintenance Supervisor, Buena Vista Correctional Facility,
D. CONNORS, Major, Plant Manager, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Living Uni Manager, Buena Vista Correctional Facility,
G. SMETHERS, Health and Safety Manager, Buena Vista Correctional Facility,
THOMAS C. FISHER, M.D., Buena Vista Correctional Facility,
JOAN SHOEMAKER, Director, Clinical Services, Colorado Department of Corrections,
PAULA FRANTZ Chief Medical Officer, Colorado Department of Corrections,
R. KATZENMEYER, Former Health Services Admin., Buena Vista Correctional Facility,
B. KASPAR, Medical Provider, Buena Vista Correctional Facility,
K. BARONI, Medical Provider, Buena Vista Correctional Facility,
K. BASSETT, Medical Provider, Buena Vista Correctional Facility,
C. STURGEON, Medical Provider, Buena Vista Correctional Facility,
R. MIRICH, Medical Provider, Buena Vista Correctional Facility,
S. HAMILTON, Medical Provider, Buena Vista Correctional Facility,
V. FERGUSON, Medical Provider, Buena Vista Correctional Facility,
M. KALMEYER, Medical Provider, Buena Vista Correctional Facility, and
each of their supervisors, designees, and all unnamed individuals that directly participated in the wrongs claimed in this action, or failed to remedy the wrong upon learning of it, and each of their Officers, Agents and Successors,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion Requesting U.S. Marshall to Complete Service** [docket no. 16, filed September 13, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT. An Order [docket no. 15] was issued on September 10, 2010, by Judge Philip A. Brimmer already directing the Marshal to serve defendants in this action.


DATED: September 14, 2010