IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01448-PAB-BNB

DAVID O. POWELL,

Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
WILLIAM BRUNELL, Associate Warden, Buena Vista Correctional Facility,
TERRI BARTRUFF, Former Associate Warden, Buena Vista Correctional Facility,
JASON LENGERICH, Major, Buena Vista Correctional Facility,
J. DETERMAN, Captain, Maintenance Supervisor, Buena Vista Correctional Facility,
A. ORTEGA, Captain, Maintenance Supervisor, Buena Vista Correctional Facility,
D. CONNORS, Major, Plant Manager, Buena Vista Correctional Facility,
T. COLEMAN, Captain, Living Uni Manager, Buena Vista Correctional Facility,
G. SMETHERS, Health and Safety Manager, Buena Vista Correctional Facility,
THOMAS C. FISHER, M.D., Buena Vista Correctional Facility,
JOAN SHOEMAKER, Director, Clinical Services, Colorado Department of Corrections,
PAULA FRANTZ Chief Medical Officer, Colorado Department of Corrections,
R. KATZENMEYER, Former Health Services Admin., Buena Vista Correctional Facility,
B. KASPAR, Medical Provider, Buena Vista Correctional Facility,
K. BARONI, Medical Provider, Buena Vista Correctional Facility,
K. BASSETT, Medical Provider, Buena Vista Correctional Facility,
C. STURGEON, Medical Provider, Buena Vista Correctional Facility,
R. MIRICH, Medical Provider, Buena Vista Correctional Facility,
S. HAMILTON, Medical Provider, Buena Vista Correctional Facility,
V. FERGUSON, Medical Provider, Buena Vista Correctional Facility,
M. KALMEYER, Medical Provider, Buena Vista Correctional Facility, and
each of their supervisors, designees, and all unnamed individuals that directly participated in the wrongs claimed in this action, or failed to remedy the wrong upon learning of it, and each of their Officers, Agents and Successors,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

On September 10, 2010, the district judge ordered the United States Marshal to serve the defendants [Doc. #15]. On September 14, 2010, Teresa Reynolds, Office of Legal Services for the Colorado Department of Corrections, filed a Waiver of Service of Summons [Doc. #19] waiving service for all of the defendants except defendants George Dunbar and Terri Bartruff. Ms. Reynolds stated that defendants Dunbar and Bartruff have retired and no longer work for the Department of Corrections. She provided forwarding addresses for both defendants.

On December 10, 2010, the Marshal filed a Process Receipt and Return indicating that defendant Dunbar had been personally served [Doc. #34]. The court has not received a Process Receipt and Return for defendant Bartruff. Accordingly,

IT IS ORDERED that within forty-five days of the date of this order, the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon defendant Bartruff, or shall file with the court a report on the status of service. All costs of service shall be advanced by the United States.

Dated January 31, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01448-PAB-BNB

David O. Powell
Prisoner No. 123837
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

US Marshal Service
Service Clerk
Service forms for:  Terri Bartruff

Robert Charles Huss, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Terri Bartruff: SECOND AMENDED COMPLAINT FILED 8/27/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  1/31/11 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk