IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01448-PAB-BNB

DAVID O. POWELL,

    Plaintiff,

v.

STEVE GREEN, Warden, Buena Vista Correctional Facility, et al.,

    Defendants.

**ORDER**

This matter is before the Court on the Recommendation of United States Magistrate Judge (the "Recommendation") [Docket No. 53] filed by Magistrate Judge Boyd N. Boland on August 16, 2011. Magistrate Judge Boland recommends that the Court deny plaintiff's Motion for Preliminary Injunction and Order to Show Cause [Docket No. 22] as moot and deny plaintiff's Motion for Preliminary Injunction and Order to Show Cause [Docket No. 47]. The Recommendation advised plaintiff that he had the right to file objections to the Recommendation within fourteen days of service of the Recommendation. Plaintiff did not file any objections to the Recommendation.[1]

In the absence of an objection, the Court may review the Recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not

---

[1] On August 16, 2011, Magistrate Judge Boland filed a separate Recommendation of United States Magistrate Judge [Docket No. 52] addressing defendants' motions to dismiss [Docket Nos. 28, 36, 40]. Plaintiff filed timely objections to that Recommendation [Docket No. 55] which the Court will resolve by separate Order.

appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[2] *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review and having construed the pro se plaintiff's filing liberally, *see Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991), I have concluded that the Recommendation is a correct application of the facts and the law. Therefore, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 53] is ACCEPTED. It is further

**ORDERED** that plaintiff's Motion for Preliminary Injunction and Order to Show Cause [Docket No. 22] is DENIED as moot. It is further

**ORDERED** that plaintiff's Motion for Preliminary Injunction and Order to Show Cause [Docket No. 47] is DENIED.

DATED September 26, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[2]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. *See* Fed. R. Civ. P. 72(b).